COPY

ORIGINAL FILED
07 SEP 21 PM 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ROBERT A. NAEVE (BAR NO. 106095)
   RNaeve@mofo.com
2  STEVEN M. ZADRAVECZ (BAR NO. 185676)
   SZadravecz@mofo.com
3  MORRISON & FOERSTER LLP
   19900 MacArthur Boulevard, Suite 1200
4  Irvine, California 92612-2445
   Telephone: (949) 251-7500
5  Facsimile:  (949) 251-0900

6  LINDA E. SHOSTAK (BAR NO. 64599)
   LShostak@mofo.com
7  MARY A. HANSBURY (BAR NO. 191121)
   MHansbury@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile:  415.268.7522

11 Attorneys for Defendant
   NOVARTIS PHARMACEUTICALS CORPORATION
12

13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 BARBARA SAITO,                          Case No.  4916

19              Plaintiff,

20     v.                                  DISCLOSURE OF NON-PARTY MEJ
                                           INTERESTED ENTITIES OR
21 NOVARTIS PHARMACEUTICALS                PERSONS (N.D. L.R. 3-16)
   CORPORATION, DOES 1 TO 20, Inclusive and
22 each of them,

23              Defendant.

24

25

26

27

28

## Certification Pursuant to Civil Local Rule 3-16

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Novartis Finance Corporation, a New York corporation;
2. Novartis Corporation, a New York corporation;
3. Novartis Holding, AG, a Swiss company; and
4. Novartis AG, a Swiss company and publicly held corporation whose American Depository Shares are traded on the New York Stock Exchange.

Dated: September 21, 2007

ROBERT A. NAEVE
LINDA E. SHOSTAK
STEVEN M. ZADRAVECZ
MARY F. HANSBURY
MORRISON & FOERSTER LLP

By: _____
Robert A. Naeve

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS CORPORATION