ROBERT A. NAEVE (BAR NO. 106095)
RNaeve@mofo.com
STEVEN M. ZADRAVECZ (BAR NO. 185676)
SZadravecz@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900

LINDA E. SHOSTAK (BAR NO. 64599)
LShostak@mofo.com
MARY A. HANSBURY (BAR NO. 191121)
MHansbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA SAITO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, DOES 1 TO 20, Inclusive and each of them,<br><br>　　　　　Defendant. | Case No. _____<br><br>**DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Novartis Pharmaceuticals Corporation identifies the following as its parent corporations:

1. Novartis Finance Corporation, a New York corporation;
2. Novartis Corporation, a New York corporation;
3. Novartis Holding, AG, a Swiss company; and
4. Novartis AG, a Swiss company and publicly held corporation whose American Depository Shares are traded on the New York Stock Exchange.

The following publicly held corporation indirectly owns 10% or more of the stock of Novartis Pharmaceuticals Corporation: Novartis AG.

Dated: September 21, 2007.

ROBERT A. NAEVE
LINDA E. SHOSTAK
STEVEN M. ZADRAVECZ
MARY F. HANSBURY
MORRISON & FOERSTER LLP

By: *Robert A Naeve /MFH*
      Robert A. Naeve

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS CORPORATION