| | |
|---|---|
| 1 | ROBERT A. NAEVE (BAR NO. 106095) |
| | RNaeve@mofo.com |
| 2 | STEVEN M. ZADRAVECZ (BAR NO. 185676) |
| | SZadravecz@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 19900 MacArthur Boulevard, Suite 1200 |
| 4 | Irvine, California 92612-2445 |
| | Telephone: (949) 251-7500 |
| 5 | Facsimile: (949) 251-0900 |
| 6 | LINDA E. SHOSTAK (BAR NO. 64599) |
| | LShostak@mofo.com |
| 7 | MARY A. HANSBURY (BAR NO. 191121) |
| | MHansbury@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 10 | Facsimile: 415.268.7522 |
| 11 | Attorneys for Defendant |
| | NOVARTIS PHARMACEUTICALS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA SAITO, | Case No. C 07-4916 MEJ |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE OF ECF REGISTRATION INFORMATION AND REMOVAL NOTICE** |
| NOVARTIS PHARMACEUTICALS CORPORATION, DOES 1 TO 20, Inclusive and each of them, | |
| Defendant. | |

CERTIFICATE OF SERVICE                1
oc-333443

1
2
3
4
5
6

**CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY**
(Fed. R. Civ. Proc. rule 5(b))

      I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection.

7

      I further declare that on the date hereof I served a copy of:

8

      **CIVIL CASE COVER SHEET**

9
10

      **NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446**

11

      **DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

12

      **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

13
14

      **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION**

15

      **U.S. DISTRICT COURT GUIDELINES**

16

      **LIST OF U.S. DISTRICT COURT NORTHERN CALIFORNIA JUDGES**

17
18

      **NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL [*MARIA-ELENA JAMES*]**

19
20

      **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

21

      **MARIA-ELENA JAMES STANDING ORDER**

22

      **CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

23
24

      **DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE**

25
26
27

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

**SEE ATTACHED SERVICE LIST**

28

---

CERTIFICATE OF SERVICE      2

oc-333443

1  I declare under penalty of perjury that the above is true and correct.

2  Executed at San Francisco, California, this 24th day of September, 2007.

| Mia R. Gimenez | _(signature)_ |
|---|---|
| (typed) | (signature) |

| | |
|---|---|
| 1 | **SERVICE LIST** |

Thomas Marc Litton
Litton & Geonetta, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104

Phone: (415) 421-4770
Fax: (415) 421-4784
Email: tmlitton@compuserve.com

*Attorney for Plaintiff*
BARBARA SAITO

David Sanford
Angela Corridan
Sanford Wittels & Heisler LLP
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009

Phone: (202) 742-7780
Fax: (202) 742-7776
Email: dsanford@nydclaw.com

*Attorneys for Plaintiff*
BARBARA SAITO

Grant Morris
Law Offices of Grant E. Morris
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009

Phone: (202) 742-7783
Fax: (202) 742-7776
Email: grantemorris@gmail.com

*Attorney for Plaintiff*
BARBARA SAITO

CERTIFICATE OF SERVICE
oc-333443