Thomas Marc Litton, CA Bar No. 119985
**LITTON & GEONETTA, LLP**
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Email: tmlitton@compuserve.com
Telephone: (415) 421-4770
Facsimile: (415) 421-4784

David Sanford, DC Bar No. 457933
Angela Corridan, DC Bar No. 492978
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, NW, Suite 310
Washington, D.C. 20009
Email: dsanford@nydclaw.com
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, DC Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, NW, Suite 310
Washington, D.C. 20009
Email: grantemorris@gmail.com
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiff,*
*Barbara Saito*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA SAITO,** ) | |
| ) | |
| **PLANTIFF,** ) | |
| ) | |
| v. ) | **Case No. C07-04916** |
| ) | |
| NOVARTIS PHARMACEUTICALS ) | **DECLINATION TO PROCEED** |
| CORPORATION, DOES 1 to 20, ) | **BEFORE A MAGISTRATE** |
| Inclusive and each of them, ) | **JUDGE AND REQUEST FOR** |
| ) | **REASSIGNMENT TO A** |
| **DEFENDANT.** ) | **DISTRICT COURT JUDGE** |

TO THE COURT AND ALL PARIES:

Plaintiff hereby declines to consent to the assignment of this case to a United State Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: November 6, 2007                                *Thomas M. Litton*

_____

Thomas Marc Litton, CA Bar No. 119985
**LITTON & GEONETTA, LLP**
120 Montgomery Street
Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4784

David Sanford, D.C. Bar No. 457933
Angela Corridan, D.C. Bar No. 492978
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile:  (202) 742-7776

*Attorneys for Plaintiff,*
*BARBARA SAITO*