# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Saito,<br><br>                    Plaintiff(s),<br><br>       v.<br><br>Novartis Pharmaceuticals Corporation,<br><br>                    Defendant(s). | 07-04916 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-04916 MMC                                             -1-

1 | 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2 | to an e-mail directed to adr@cand.uscourts.gov.

   It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: December 19, 2007

                              RICHARD W. WIEKING
                              Clerk
                              by:    Timothy J. Smagacz

                              */s/ Timothy Smagacz*
                              ADR Administrative Assistant
                              415-522-4205
                              Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:      Saito v. Novartis Pharmaceuticals Corporation

Case Number:    07-04916 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On December 19, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Thomas Marc Litton
>   Litton & Geonetta, LLP
>   120 Montgomery Street
>   Suite 1600
>   San Francisco, CA 94104
>   tmlitton@compuserve.com
>
>   David W. Sanford
>   Sanford, Wittels & Heisler, LLP
>   1666 Connecticut Ave., N.W., Suite 310
>   Washington, DC 20009
>   dsanford@nydclaw.com
>
>   Grant Morris
>   Sanford Wittels & Heisler LLP
>   1666 Connecticut Avenue, N.W.
>   Suite 310
>   Washington, DC 20009
>   gmorris@nydclaw.com
>
>   Angela Corridan

Sanford Wittels & Heisler LLP
1666 Connecticut Avenue NW
Suite 310
Washington, DC 20009

Linda E. Shostak
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
lshostak@mofo.com

Robert Allen Naeve
Morrison & Foerster LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, CA 92612
rnaeve@mofo.com

Steven Mark Zadravecz
Morrison & Foerster
19900 MacArther Blvd. Ste 1200
Irvine, CA 92612
szadravecz@mofo.com

Mary F. Hansbury
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
mhansbury@mofo.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 19, 2007 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        */s/ Timothy Smagacz*
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov