UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Saito, Barbara

             Plaintiff(s),

    v.

Novartis Pharmaceuticals Corporation

             Defendant(s).
_____ /

Case No. 07-04916 MMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/20/07

/s/ Ashley Pertsemlidis for Novartis Pharmaceuticals Corporation
[Party]
Defendant Novartis Pharmaceutial Corporation

Dated: 12/20/07

/s/ Mary F. Hansbury
[Counsel]
Counsel for Defendant Novartis Pharmaceutical Corporation

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05