| | |
|---|---|
| 1 | ROBERT A. NAEVE (BAR NO. 106095) |
| | RNaeve@mofo.com |
| 2 | STEVEN M. ZADRAVECZ (BAR NO. 185676) |
| | SZadravecz@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 19900 MacArthur Boulevard, Suite 1200 |
| 4 | Irvine, California  92612-2445 |
| | Telephone:  (949) 251-7500 |
| 5 | Facsimile:   (949) 251-0900 |
| 6 | LINDA E. SHOSTAK (BAR NO. 64599) |
| | LShostak@mofo.com |
| 7 | MARY A. HANSBURY (BAR NO. 191121) |
| | MHansbury@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 9 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 10 | Facsimile:  415.268.7522 |
| 11 | Attorneys for Defendant |
| | NOVARTIS PHARMACEUTICALS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA SAITO, | Case No.    07-04916 MMC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| NOVARTIS PHARMACEUTICALS CORPORATION, DOES 1 TO 20, Inclusive and each of them, | |
| Defendant. | |

1

CERTIFICATE OF SERVICE
oc-333379

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 , in accordance with Morrison & Foerster's ordinary business practices:

David Sanford
Angela Corridan
Sanford Wittels & Heisler LLP
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009

Phone: (202) 742-7780
Fax: (202) 742-7776
Email: dsanford@nydclaw.com

*Attorneys for Plaintiff* BARBARA SAITO

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 20th day of December, 2007.

| Mia R. Gimenez | /s/ |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
sf-2392947