1  LINDA E. SHOSTAK (BAR NO. 64599)
   LShostak@mofo.com
2  MARY A. HANSBURY (BAR NO. 191121)
   MHansbury@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Defendant
   NOVARTIS PHARMACEUTICALS CORPORATION
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | BARBARA SAITO,                                    | Case No.   07-04916 MMC
14 |              Plaintiff,
15 |      v.                                           | **CERTIFICATE OF SERVICE**
16 | NOVARTIS PHARMACEUTICALS
   | CORPORATION, DOES 1 TO 20, Inclusive and
17 | each of them,
18 |              Defendant.

19
20
21
22
23
24
25
26
27
28

                              1
CERTIFICATE OF SERVICE
sf-2444097

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

**JOINT REPORT OF THE PARTIES' FRCP RULE 26(f) CONFERENCE AND DISCOVERY PLAN**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 , in accordance with Morrison & Foerster's ordinary business practices:

David Sanford
Angela Corridan
Sanford Wittels & Heisler LLP
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009

Phone: (202) 742-7780
Fax: (202) 742-7776
Email: dsanford@nydclaw.com

*Attorneys for Plaintiff* BARBARA SAITO

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 27th day of December, 2007.

|  Mia R. Gimenez  |  /s/  |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
sf-2444097