**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**                                            E-Filing

Date: JAN 0 4 2008

C-07-4916-MMC (ENE)

___Barbara Saito___ v ___Novartis Pharmaceuticals___

Attorneys: ___Thomas Marc Litton___   ___Mary Hansbury___

Deputy Clerk: **TRACY LUCERO**            Reporter: ___Not Reported___

**PROCEEDINGS:**                                **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference    ( ) P/T Conference    (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 12/26/08. Meet & Confer by 2/9/09. Joint statement due by 11/26/08.

(✓) ORDER TO BE PREPARED BY:  Plntf____  Deft____  Court ✓

(✓) Referred to ~~Magistrate~~ Previously ADR Dept For: Early Neutral Evaluation - by stipulation
   (✓) By Court
(✓) CASE CONTINUED TO 12/5/08 @ 10:30 for Further Status Conference

Discovery Cut-Off  10/17/08        Expert Discovery Cut-Off  12/12/08
π/Δ                                 π/Δ  Rebuttal
~~Plntf~~ to Name Experts by 11/7/08    ~~Deft~~ to Name Experts by 11/21/08

P/T Conference Date 3/17/09 @ 3:00  Trial Date 3/30/09 @ 9:00  Set for 10-15 days
                                Type of Trial: (✓)Jury   ( )Court
Notes: _____

cc: ADR/ENE