1  LINDA E. SHOSTAK (BAR NO. 64599)
   LShostak@mofo.com
2  MARY A. HANSBURY (BAR NO. 191121)
   MHansbury@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   NOVARTIS PHARMACEUTICALS CORPORATION
7

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12

13 | BARBARA SAITO,                              | Case No.   07-04916 MMC
14 |         Plaintiff,
15 |    v.                                       | **CERTIFICATE OF SERVICE**
16 | NOVARTIS PHARMACEUTICALS
   | CORPORATION, DOES 1 TO 20, Inclusive and
17 | each of them,
18 |         Defendant.

19

20

21

22

23

24

25

26

27

28

                                  1

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATED [PROPOSED] PROTECTIVE ORDER**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 , in accordance with Morrison & Foerster's ordinary business practices:

David Sanford
Angela Corridan
Sanford Wittels & Heisler LLP
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009

Phone: (202) 742-7780
Fax: (202) 742-7776
Email: dsanford@nydclaw.com

*Attorneys for Plaintiff* BARBARA SAITO

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 25th day of April, 2008.

| Mia R. Gimenez | /s/ |
|---|---|
| (typed) | (signature) |