**FILED**

MAY 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT  E-filing

## Northern District of California

Saito,

    Plaintiff(s),

v.

Novartis Pharmaceuticals Corporation,

    Defendant(s).

No. C 07-04916 MMC ENE

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) _May 2, 2008_

2. Did the case settle?  ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no  _informally mby._

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _5/9/08_

_____
Evaluator, Gail Killefer
Killefer Mediation
417 Montgomery Street, Suite 300
San Francisco, CA 94104-1109

Certification of ADR Session
07-04916 MMC ENE