1  LINDA E. SHOSTAK (BAR NO. 64599)
   LShostak@mofo.com
2  MARY A. HANSBURY (BAR NO. 191121)
   MHansbury@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Defendant
   NOVARTIS PHARMACEUTICALS CORPORATION
7
   THOMAS MARC LITTON (BAR NO. 119985)
8  tmlitton@gmail.com
   LITTON & GEONETTA, LLP
9  120 Montgomery Street, Suite 1600
   San Francisco, CA  94104
10 Telephone: 415.421.4770
   Facsimile: 415.421.4784
11
   [*see additional counsel on following page*]
12
   Attorneys for Plaintiff
13 BARBARA SAITO

14

15

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                       SAN FRANCISCO DIVISION

19

20 BARBARA SAITO,                          | Case No.   07 CV 04916 MMC

21             Plaintiff,

22       v.                                | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER**

23 NOVARTIS PHARMACEUTICALS
   CORPORATION, DOES 1 TO 20, Inclusive and
24 each of them,

25             Defendant.

26

27

28

# ADDITIONAL COUNSEL

**Additional counsel for Plaintiff Barbara Saito**

DAVID SANFORD (BAR NO. 457933)
dsanford@nydclaw.com
ANGELA CORRIDAN (BAR NO. 492978)
SANFORD WITTELS & HEISLER LLP
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Attorneys for Plaintiff
BARBARA SAITO

GRANT MORRIS (926253)
grantemorris@gmail.com
LAW OFFICES OF GRANT E. MORRIS
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

Attorneys for Plaintiff
BARBARA SAITO

**STIPULATION**

Plaintiff Barbara Saito ("Plaintiff") and Defendant Novartis Pharmaceuticals Corporation ("Defendant") (collectively, the "Parties"), by and through their respective counsel, agree, stipulate, and request that the Court modify the dates set forth in its January 7, 2008 PreTrial Preparation Order ("Order") as set forth below.  The Parties have settled the above-referenced matter and are currently negotiating the settlement agreement under which, among other terms and conditions, Plaintiff has agreed to dismiss the above-referenced matter with prejudice.  Because the close of fact discovery and other deadlines under the Order are imminent, the Parties respectfully request that the Court modify the Order, as set forth below, to permit the Parties adequate time to finalize and execute their settlement agreement and dismiss the case with prejudice.  The Parties hereby stipulate and agree to the following modifications to the Court's PreTrial Preparation Order, and request that the Court modify the Order with the proposed new dates set forth below:

| Event | Original Date in Order | Proposed New Date |
| --- | --- | --- |
| JURY TRIAL DATE | March 30, 2009 at 9:00 a.m., Courtroom 7, 19th floor | June 1, 2009 at 9:00 a.m. |
| NON-EXPERT DISCOVERY CUTOFF | October 17, 2008 | December 19, 2008 |
| DESIGNATION OF EXPERTS | Plaintiff/Defendant: No later than  November 7, 2008<br>Plaintiff/Defendant: Rebuttal no later than  November 21, 2008 | Plaintiff/Defendant: No later than January 9, 2009<br>Plaintiff/Defendant: Rebuttal no later than January 23, 2009 |
| EXPERT DISCOVERY CUTOFF | December 12, 2008 | February 13, 2009 |
| DISPOSITIVE MOTIONS | December 26, 2008, and shall be noticed for hearing 35 days thereafter | February 27, 2009 |
| PRETRIAL CONFERENCE DATE | March 17, 2009 at 3:00 p.m. | May 19, 2009 at 3:00 p.m. |
| MEET AND CONFER (Civil L.R. 16-10(b)(5) | February 9, 2009 | April 9, 2009 |
| FURTHER STATUS CONFERENCE | Friday, December 5, 2008 at 10:30 a.m. | *No change* |
| FURTHER STATUS CONFERENCE STATEMENT DUE | Friday, November 26, 2008 | *No change* |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: _____

LINDA E. SHOSTAK
MARY F. HANSBURY
MORRISON & FOERSTER LLP


By: _____/s/_____
Mary F. Hansbury
MHansbury@mofo.com

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS CORPORATION

Dated: _____

THOMAS MARC LITTON
LITTON & GEONETTA, LLP

DAVID SANFORD
ANGELA CORRIDAN
SANFORD WITTELS & HEISLER LLP

GRANT MORRIS
LAW OFFICES OF GRANT E. MORRIS


By: _____/s/_____
Thomas Marc Litton

**ORDER**

In light of Plaintiff's agreement to dismiss the above-referenced action with prejudice and the Parties' ongoing negotiations regarding the written settlement agreement, and pursuant to stipulation and for good cause shown, the Court hereby modifies its January 7, 2008 PreTrial Order as follows:

It is hereby ORDERED pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday, June 1, 2009 at 9:00 a.m., Courtroom 7, 19th floor. TRIAL LENGTH is estimated to be 10 to 15 days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

     NON-EXPERT DISCOVERY CUTOFF:  December 19, 2008.

     DESIGNATION OF EXPERTS:

> Plaintiff/Defendant: No later than  January 9, 2009.
> Plaintiff/Defendant: Rebuttal no later than  January 23, 2009.

> Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

     EXPERT DISCOVERY CUTOFF:  February 13, 2009.

     DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

     DISPOSITIVE MOTIONS shall be filed no later than February 27, 2009, and shall be noticed for hearing 35 days thereafter.

     ~~SETTLEMENT CONFERENCE shall be held before Magistrate Judge _____ and scheduled to take place no later than 30 days prior to the Pretrial Conference.~~

     PRETRIAL CONFERENCE DATE:  May 19, 2009 at 3:00 p.m.

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.** Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial shall conform to the attached instructions.

     MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and confer no later than April 9, 2009.

     FURTHER STATUS CONFERENCE: Friday, December 5, 2008 at 10:30 a.m.

     FURTHER STATUS CONFERENCE STATEMENT DUE: ~~Friday~~ Wednesday, November 26, 2008.

PURSUANT TO STIPULATION,  IT IS SO ORDERED.

DATED: _October 17, 2008_____

                                                             Hon. Maxine M. Chesney
                                                             United States District Judge

3
**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER**
sf-2590395